Honorable Timothy W. Dore
Chapter 13
Location: Seattle
Hearing Date: June 21, 2023
Time: 9:30 AM
Response Date: June 14, 2023

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 Proceeding |
| | ) | |
| NICHOLE PORTIA LEIGH, | ) | Case No. 23-10050-TWD |
|     *Debtor*, | ) | |
| | ) | NOTICE OF HEARING AND |
| | ) | MOTION TO WITHDRAW |
| _____ | ) | AS ATTORNEY FOR DEBTOR |

## NOTICE OF HEARING AND MOTION

**PLEASE TAKE NOTICE** that a hearing Motion to Withdraw as Attorney for Debtor is set for hearing as follows:

    JUDGE:    Honorable Timothy W. Dore    DATE: June 21, 2023
    PLACE:    700 Stewart St. 8th Floor    TIME:  9:30 AM
                   Seattle, Washington 98101

**IF YOU OPPOSE** the Motion, you must file your written response with the Clerk's office of the bankruptcy court and deliver copies to the undersigned and the Chapter 13 Trustee NOT LATER THAN THE RESPONSE DATE, which is June 14, 2023. If you file a response, you are also required to appear at the hearing.

**IF NO RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY, IN ITS DISCRETION, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, AND STRIKE THE HEARING.**

*Dated*: 05/27/2023            */s/ Steven C. Hathaway*
                                  Steven C. Hathaway, WSBA #24971
                                  Attorney for Debtor

NOTICE OF MOTION AND HEARING
TO WITHDRAW AS DEBTOR'S ATTORNEY

HATHAWAY HOLLAND LAW FIRM, PLLC
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE(360) 676-0529
FAX (360) 676-0067

## MOTION FOR ORDER ALLOWING WITHDRAWAL OF ATTORNEY

**COMES NOW** Steven C. Hathaway and moves this court for an order allowing his withdrawal as attorney of record for the Debtor. In support of this motion Steven C. Hathaway offers the following:

1. I have advised Debtor repeatedly I will not represent her in an adversary proceeding.

2. The Debtor has asked that I withdraw as her attorney.

**WHEREFORE** I respectfully request that the court enter an order allowing me to withdraw as the Debtor's attorney of record.

*Date:* 05/27/2023         */s/ Steven C. Hathaway*
                                    Steven C. Hathaway, WSBA #24971
                                    Attorney for Debtor

NOTICE OF MOTION AND HEARING
TO WITHDRAW AS DEBTOR'S ATTORNEY

HATHAWAY HOLLAND LAW FIRM, PLLC
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE(360) 676-0529
FAX (360) 676-0067

## DECLARATION OF SERVICE

THE UNDERSIGNED CERTIFIES UNDER PENALTY OF PERJURY THAT ON 05/27/2023 THE UNDERSIGNED CAUSED TO BE DELIVERED EITHER BY FIRST CLASS MAIL, LEGAL MESSENGER OR ELECTRONICALLY A COPY OF THIS NOTICE OF HEARING FOR THE MOTION TO WITHDRAW AS DEBTOR'S ATTORNEY TO THE PARTIES SET FORTH IN THE ATTACHED BANKRUPTCY COURT MAILING MATRIX.

*Dated:* 05/27/2023     /s/ *Simone M. Hathaway*
                        Simone M. Hathaway, Legal Assistant

NOTICE OF MOTION AND HEARING
TO WITHDRAW AS DEBTOR'S ATTORNEY

HATHAWAY HOLLAND LAW FIRM, PLLC
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE (360) 676-0529
FAX (360) 676-0067