Honorable Timothy W. Dore
Chapter 13
Location: Seattle
Hearing Date: July 19, 2023
Time: 9:30 AM
Response Date: July 12, 2023

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 Proceeding |
| | ) | |
| NICHOLE PORTIA LEIGH, | ) | Case No. 23-10050-TWD |
|         *Debtor*, | ) | |
| | ) | NOTICE OF OBJECTION |
| | ) | TO PROOF OF CLAIM NO. 6 |
| _____ | ) | |

<u>NOTICE OF OBJECTION TO PROOF OF CLAIM</u>

PLEASE TAKE NOTICE that the above stated matter in this case, is set for hearing as follows:

    JUDGE:    Honorable Timothy W. Dore    DATE: July 19, 2023
    PLACE:    700 Stewart St., 8th Floor    TIME: 9:30 AM
                    Seattle, Washington 98101

**IF YOU OPPOSE** the Motion, you must file your written response with the Clerk's office of the bankruptcy court and deliver copies to the undersigned and the Chapter 13 Trustee NOT LATER THAN THE RESPONSE DATE, which is July 12, 2023. If you file a response, you are also required to appear at the hearing.

**IF NO RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY, IN ITS DISCRETION, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, AND STRIKE THE HEARING.**

*Dated*: <u>06/10/2023</u>      */s/ Steven C. Hathaway*
                                Steven C. Hathaway, WSBA #24971
                                Attorney for Debtor

NOTICE AND OBJECTION
TO PROOF OF CLAIM

HATHAWAY HOLLAND LAW FIRM, PLLC
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE (360) 676-0529
FAX (360) 676-0067

## OBJECTION TO PROOF OF CLAIM

**COMES NOW** Nichole Leigh, the Debtor in the above captioned case, and hereby objects, pursuant to 11 U.S.C. §502 and FRBP 3007, to Proof of Claim No. 6 filed by Pivotal Law Group, PLLC, in the amount of $105,187.05. In support of this objection the Debtor offers the following:

1. The Debtor filed for Chapter 13 bankruptcy relief on January 12, 2023.

2. Pivotal Law Group, PLLC represented the Debtor in the defense of claims made by Circle Systems, Inc. against Nichole Leigh and Neptune Global, LLC in King County Superior Court, Case No. 20-2-09099-9 SEA.

3. The Debtor told Pivotal Law Group, PLLC that she had a business insurance policy that would pay for the defense of the Circle Systems, Inc. claims against her and her business.

4. Pivotal Law Group, PLLC told the Debtor that she should not have the insurance company defend her against the claims against her and her business.

5. The fees and costs that Pivotal Law Group, PLLC charged Debtor to defend her against the claims against her and her business were duplicative and unnecessary.

6. Proof of Claim No. 6 should be disallowed in its entirety.

**WHEREFORE**, the Debtor respectfully requests that this court disallow Proof of Claim No. 6 filed by Pivotal Law Group, PLLC and for such other and further relief as is just and proper.

*Dated*: 06/10/2023        /s/ *Steven C. Hathaway*
                           Steven C. Hathaway, Attorney for Debtor

NOTICE AND OBJECTION
TO PROOF OF CLAIM

HATHAWAY HOLLAND LAW FIRM, PLLC
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE (360) 676-0529
FAX (360) 676-0067

# DECLARATION OF MAILING

THE UNDERSIGNED CERTIFIES UNDER PENALTY OF PERJURY THAT ON 06/10/2023 THE UNDERSIGNED CAUSED TO BE DELIVERED EITHER BY FIRST CLASS MAIL, LEGAL MESSENGER OR ELECTRONICALLY A COPY OF THIS OBJECTION TO PROOF OF CLAIM NO. 6 TO PIVOTAL LAW GROUP, PLLC, THE CHAPTER 13 TRUSTEE, THE U.S. TRUSTEE AND ALL THOSE REQUESTING SPECIAL NOTICE TO THE ADDRESSES SET FORTH ON THE BANKRUPTCY COURT MAILING MATRIX.

*Dated:* 06/10/2023 /s/ *Simone M. Hathaway*
Simone M. Hathaway, Legal Assistant

NOTICE AND OBJECTION
TO PROOF OF CLAIM

HATHAWAY HOLLAND LAW FIRM, PLLC
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE (360) 676-0529
FAX (360) 676-0067